# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00027JMS

CASE NAME:        USA v. (02) Eric K. Ho

ATTYS FOR PLA:    Mark Inciong

ATTYS FOR DEFT:   (02) Craig Kimsel

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    5/11/2006                  TIME:       10:49-10:52:08pm

COURT ACTION:  EP: Status Conference.  Defendant not present.

The court received a letter from defendant which counsel have both reviewed.

Mr. Kimsel's oral Motion to Withdraw is granted.  Court will appoint new CJA counsel to address appeal issues, if any.  Mr. Inciong to determine whether defendant is still in this district.  If so, another Status Conference will be set.

EO: Mr. Inciong confirmed with the court that defendant is no longer in this district.

Submitted by: Shari Afuso, Courtroom Manager