**ARTHUR E. ROSS #1005**
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone No. (808) 521-4343

**Attorney for Defendant**
**ERIC K. HO**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2006

at ____ o'clock and ____ min, ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00027 JMS |
| Plaintiff, | ) | |
| | ) | **NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE** |
| vs. | ) | |
| ERIC K. HO, | ) | |
| Defendant. | ) | |
| | ) | Judge: Michael J. Seabright |
| | ) | Hearing Date: _____ |
| | ) | Time: _____ |

### NOTICE OF MOTION

TO: LORETTA SHEEHAN
    Assistant United States Attorney
    300 Ala Moana Blvd, Room 6100
    Honolulu, Hawaii, 96850
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    PLEASE TAKE NOTICE that the attached Motion will be heard before the Honorable _____, Magistrate Judge of the above-entitled court in his courtroom on, _____, 2006 at _____ o'clock __.m. or as soon thereafter as counsel may be heard.



DATED: Honolulu, Hawaii, May 22, 2006.

                                                                              _____
                                                                              ARTHUR E. ROSS
                                                                              Attorney for Defendant
                                                                              ERIC K. HO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00027 JMS |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW AS |
| vs. | ) | COUNSEL |
| ERIC K. HO, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Arthur E. Ross, Esq., court-appointed CJA Panel Attorney for defendant ERIC K. HO, in the above-entitled matter, moves this Honorable Court for an order allowing him to withdraw as counsel on the grounds that a conflict of interest exists because of prior representation in State court, which requires a substitution of counsel.

This motion is brought pursuant to L.R. 83.6 and Rule 47 of the Federal Rules of Criminal Procedure and is supported by the attached Declaration of Counsel, the records and pleadings on file herein and any facts and argument adduced at a hearing on this motion.

DATED: Honolulu, Hawaii, May 22, 2006.

*/s/ Arthur E. Ross*
ARTHUR E. ROSS
Attorney for Defendant
ERIC K. HO