## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the attached document was served to the following party(ies):

|  | By: | **U.S. MAIL** | **HAND DELIVERY** |
|---|---|---|---|
|  |  | ( ) | ( X ) |
| TO: EDWARD H. KUBO, JR.   #2499<br>United States Attorney<br>300 Ala Moana Blvd., Room 6100<br>Honolulu, Hawaii, 96850<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |  |  |  |
| ERIC K. HO<br>Federal Detention Center<br>351 Elliot Street<br>Honolulu, Hawaii 96819<br>P.O. Box 30547<br>Honolulu, Hawaii 96820 |  | ( X ) | ( ) |

DATED: Honolulu, Hawaii, May 22, 2006.

_____
ARTHUR E. ROSS
Attorney for Defendant
ERIC K. HO.