# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00027JMS

CASE NAME:       USA v. (02) Eric K. Ho

ATTYS FOR PLA:   Mark Inciong

ATTYS FOR DEFT:  (02) Arthur Ross

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/26/2006 | TIME: | 11:02:59-11:04:33am |

COURT ACTION:  EP: Motion to Withdraw as Counsel for (02) Eric Ho - defendant not present.  Defendant is designated at California.

Motion granted.  Court to appoint CJA counsel.  Mr. Ross to prepare the order

Submitted by: Shari Afuso, Courtroom Manager