**ARTHUR E. ROSS #1005**
126 Queen Street, Suite 210
Honolulu, Hawaii   96813
Telephone No. (808) 521-4343

Attorney for Defendant
**ERIC K. HO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00027 JMS |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTION OF NEW COUNSEL** |
| vs. | |
| ERIC K. HO, | |
| Defendant | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
AND SUBSTITUTION OF NEW COUNSEL**

ARTHUR E. ROSS' motion to withdraw as counsel for Defendant ERIC K. HO in the above-captioned case having come on for hearing on May 26, 2006, before Magistrate/Judge Kevin S. C. Chang, with Arthur E. Ross present, and Assistant U.S. Attorney Mark Inciong representing the government and no objection having been made, and the Court being fully advised in the premises and having orally granted said motion;

IT IS HEREBY ORDERED that attorney ARTHUR E. ROSS' motion to withdraw as counsel for the Defendant ERIC K. HO in the above-captioned case is granted.

DATED: Honolulu, Hawaii, _____May 31_____, 2006.

_____
Judge of the above-entitled Court

UNITED STATES OF AMERICA  v.  ERIC K. HO, CR. NO. 05-00027 JMS