ORIGINAL

Eric Ho
NAME

95353-022
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
1299 Seaside Avenue
Post Office Box 3007
TERMINAL ISLAND, CA 90731-3007

Petitioner/Appellant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at _1_ o'clock and ___ min. _P_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ERIC HO                    ,  )
                              )
          Petitioner/Appellant, )   Case NO. 05-00027-02 JMS
                              )
Vs.                           )
                              )   NOTICE OF APPEAL
UNITED STATES                 )
                    ,         )
                              )
          Respondent/Appellee. )
                              )

PLEASE TAKE NOTICE that ___ERIC HO___,
the Petitioner and Appellant herein, hereby appeals to the United
States Court of Appeals for the __9th__ Circuit from the final
ORDER entered in the above-captioned case on March 3, 2006.

Respectfully submitted,

Date: June 1, 2006

Eric Ho, USM-#95353-022