ORIGINAL

CCSSR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10395

U.S. District Court Case No. CR-05-00027-JMS

Short Case Title United States of America v. Eric Ho

Date Notice of Appeal Filed by Clerk of District Court    June 06, 2006

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUL 03 2006
at 1 o'clock and 70 min. ___ M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 02/14/2005 | Ct Rptr: 10:31-10:35 by Judge Leslie E. Kobayashi | MINUTES: A & P as to the First Superseding Indictment |
| 06/21/2005 | Ct Rptr: C5 10:42:04-10:46:36 by Judge Chang | MINUTES: Status Conf. Regarding Counsel as to defendant (02) Eric Ho |
| 07/05/2005 | Ct Rptr: C7 1:39-1:45 by Judge Leslie E. Kobayashi | Further Status Conference Regarding Counsel for Defendant (02) Eric K. Ho |
| 09/02/2005 | Ct Rptr: Sharon Ross by Judge J. Michael Seabright | MINUTES: Status Conference |
| 09/30/2005 | Rptr: Sharon Ross by Judge J. Michael Seabright | Motion for Withdrawal of Not Guilty Plea and to Plead Anew |
| 03/03/2006 | Rptr: Sharon Ross by Judge J. Michael Seabright | SENTENCING held on 3/3/2006 for Eric K. Ho (2) |
| 05/12/2006 | FTR-Ctrm C5 10:49 - 10:52 by Judge Chang | STATUS CONFERENCE as to Eric K. Ho |
| 05/26/2006 | FTR-Ctrm C5 11:02 - 11:04 by Judge Chang | MOTION to Withdraw as as counsel |

(Attach additional page for designations if necessary)

(  )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(  )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  06/30/2006    Estimated date for completion of transcript  8/11/06 (due date set by clerk, District Court, see order filed 6/28/06

Print Name of Attorney  Georgia K. McMillen    Phone Number  (808) 242-4343

Signature of Attorney  _____

Address  Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793

### SECTION B - To be completed by court reporter

I, _____ (Signature of court reporter) have received this designation.

(  ) Arrangements for payment were made on _____

(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript – Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia    BY: _____
(U.S. District Court Clerk)    (Date)    DEPUTY CLERK