UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 11 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10395 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00027-2-MJS |
| v. | District of Hawaii, Honolulu |
| ERIC HO, | ORDER |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 11 2006
at __1__ o'clock and __0__ min. __P__ M
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The motion of Georgia K. McMillen, Esq., to withdraw as counsel is denied as unnecessary.

The certified copy of this order sent to the district court shall constitute the mandate.

/s/ Peter L. Shaw
General Order 6.3(e)

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 11 2006
by: _____
Deputy Clerk

S:\MOATT\Cmshords\2006\08.06\ahh\06-10395.wpd

INTERNAL USE ONLY: Proceedings include all events.
06-10395 USA v. Ho

UNITED STATES OF AMERICA
    Plaintiff - Appellee

Mark A. Inciong, Esq.
808/541-2850
6-100
[COR LD NTC aus]
OFFICE OF THE US ATTORNEY
Prince Kuhio Federal Buillding
300 Ala Moana Boulevard
Honolulu, HI 96850

    v.

ERIC HO
    Defendant - Appellant

Eric Ho
95353-022
[NTC prs]
FCIT - FEDERAL CORRECTIONAL
INSTITUTION (TERMINAL ISLAND)
P.O. Box 3007
Terminal Island, CA 90731

Georgia K. McMillen, Esq.
FAX 808/242-4343
808/242-4343
[COR LD NTC cja]
P.O. Box 1512
Wailuku Maui, HI 96793