# MINUTES

CASE NUMBER:      CRIMINAL 05-00027JMS-02

CASE NAME:        United States of America vs. Eric Ho

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   Jack Schweigert

INTERPRETER:

JUDGE:   J. Michael Seabright            REPORTER:   Gloria Bediamol

DATE:    11/15/2007                      TIME:       9:30 - 9:50

COURT ACTION:  Status Conference:

Defendants presence waived.

Discussion held regarding defendants 28 U.S.C. 2255.

Mr. Schweigert's Oral Motion to Withdraw as Counsel GRANTED. Michael Park appointed to represent defendant.

Further status conference set for November 29, 2007 at 1:30 p.m.

Submitted by: Dottie Miwa, Courtroom Manager