# MINUTES

CASE NUMBER:      CRIMINAL 05-00027JMS-02

CASE NAME:        United States of America vs. Eric K. Ho

ATTYS FOR PLA:    Susan Cushman for Mark Inciong

ATTYS FOR DEFT:   Michael Park

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:   Gloria Bediamol

DATE:    11/29/2007                    TIME:       1:40 - 1:50

COURT ACTION:  Further Status Conference:

Defendants presence waived.

Mr. Park to file memorandum by January 4, 2008.
Mr. Inciong to respond by January 25, 2008.

Evidentiary Hearing re: Motion to Vacate Under 2255 set for February 11, 2008 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager