JACK SCHWEIGERT, #1560
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Fax: (808) 533-7490
jackschweigert@hotmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. No. 07-00473 JMS/BMK |
| | ) | CR. NO. 05-00027 JMS |
| Plaintiff-Respondent, | ) | |
| | ) | ORDER GRANTING DEFENSE |
| vs. | ) | COUNSELS ORAL MOTION TO |
| | ) | WITHDRAW AS COUNSEL |
| Eric K. Ho, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |
| _____ | ) | |

ORDER GRANTING DEFENSE COUNSELS ORAL MOTION TO
WITHDRAW AS COUNSEL

Defense Counsels Oral Motion to Withdraw as Counsel for Defendant Eric Ho was presented to the Honorable J. Michael Seabright in his Courtroom on the fifteenth day of November 2007. Jack Schweigert represented the Movant and AUSA Mark A. Inciong represented the USA. The Court, having heard the basis for the Motion, and there being no opposition, a requisite good cause does exist for granting attorney Schweigert's Motion.

ORIGINAL

NOW THEREFORE, IT IS HEREBY ORDERED THAT DEFENSE COUNSELS ORAL MOTION TO WITHDRAW AS COUNSEL be, and the same hereby is, granted.  Jack Schweigert is henceforth no longer CJA Counsel to Defendant Ho.

DATED, Honolulu, Hawaii  December 7 , 2007

_____
Judge of the Above Entitled Court

APPROVED AS TO FORM:

_____
MARK A. INCIONG
Attorney for Plaintiff USA