MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph: 536-4456
Fax: 536-4988
e-mail: mparkatty@hawaii.rr.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV No. 07-00473 JMS/BKM |
| --- | --- | --- |
|  | ) | CR No. 05-00027 JMS |
| v. | ) |  |
|  | ) | SUPPLEMENTAL MOTION |
| ERIC K. HO, | ) | UNDER 28 U.S.C. 2255 TO |
|  | ) | VACATE, SET ASIDE OR |
| Defendant. | ) | CORRECT SENTENCE; |
|  | ) | DECLARATION OF COUNSEL; |
|  | ) | ATTACHMENT A |
|  | ) | MEMORANDUM OF LAW; AND |
|  | ) | CERTIFICATE OF SERVICE |

**SUPPLEMENTAL MOTION UNDER 28 U.S.C. 2255 TO VACATE,
SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. 2244**

COMES NOW the defendant, ERIC K. HO, by and through counsel,

Michael J. Park, and moves this Honorable Court to vacate, set aside or correct

sentence pursuant to 28 U.S.C. Section 2255.

ORIGINAL

This motion is based upon 28 U.S.C. Sections 2255 and 2253, Federal Rule of Criminal Procedure 47, attached declaration of counsel, memorandum of law, and upon such further evidence and argument which the court receives at a hearing on this motion.

DATED: Honolulu, Hawaii, January 4, 2008.

_____
Michael J. Park
Attorney for Defendant