## CERTIFICATE OF SERVICE

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last know addresses:

**Mark A. Inciong**
Office of the United State Attorney
PJKK Federal Building
 300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii 96850


DATED: Honolulu, Hawaii, January 4, 2008.

MICHAEL J. PARK