# MINUTES

CASE NUMBER:       CRIMINAL 05-00027JMS-02

CASE NAME:         United States of America vs. Eric K. Ho

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:    Michael Park

INTERPRETER:

JUDGE:   J. Michael Seabright        REPORTER:   Cynthia Fazio

DATE:    02/11/2008                  TIME:       9:30 - 10:40

COURT ACTION:  Evidentiary Hearing re: Motion to Vacate Under 2255:

Defendant present via video conference.

CST:  Eric K. Ho
      Craig Kimsel

Exhibits Admitted:  Defendants #1 (Mayo Clinic Neurology Outreach Supervisory Report dated 12/27/2007.

#2 (Mayo Clinic Neurology Outreach Supervisory Report dated 11/29/2007)

#3 (Mayo Clinic Neurology Outreach Supervisory Report dated 12/19/2007)

#4 (Mayo Clinic Neurology Outreach Supervisory Report dated 11/29/2007)

Closing arguments made.

Motion to Vacate Under 2255 DENIED.

Court to issue written Order.

Submitted by:  Dottie Miwa, Courtroom Manager